UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LANIER,<br><br>              Plaintiff,<br><br>     v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>              Defendants. | Case No. 23-cv-01396-JST<br><br>**ORDER STRIKING THIRD AMENDED COMPLAINT**<br><br>Re: ECF No. 40 |

Plaintiff Christine Lanier filed a second amended complaint on October 30, 2023. ECF No. 31. Defendants filed a motion to dismiss that complaint on November 13, 2023. ECF No. 32. The motion to dismiss is now ripe, and was taken under submission on January 17, 2024. ECF No. 41.

On January 12, 2024, Plaintiff filed a third amended complaint without leave of court. Perhaps Plaintiff could have filed an amended complaint as of right notwithstanding her prior amended pleadings, *see Thompson v. Jiffy Lube Int'l, Inc.*, 505 F. Supp. 2d 907, 913 (D. Kan. 2007) (plaintiffs could file second amended complaint as of right, after seeking and receiving court permission to file first amended complaint), but the Court need not decide that question. Even if Plaintiff did have that right, she was required to exercise it within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Because she filed her third amended complaint 60 days after Defendants filed their motion to dismiss, the amendment was not timely. Accordingly, the

/ / /

/ / /

/ / /

Court strikes her third amended complaint.

Defendants' motion to dismiss remains under submission.

**IT IS SO ORDERED.**

Dated:  January 24, 2024



JON S. TIGAR
United States District Judge